# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 72 MM 2019

Respondent :

v. :

JOHN WILLIAM WILLIAMS, :

Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Absolute Writ of Habeas Corpus and Extraordinary Relief and Action in *Quo Warranto* is DENIED.